**The Honorable Robert S. Lasnik**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KENYA AYANA HALL,<br><br>　Defendant/Judgment Debtor,<br><br>　and<br><br>NORTHWEST JUSTICE PROJECT,<br><br>　　　　Garnishee. | NO. 2:15-MC-00136-RSL<br><br>(CR03-0493-11)<br><br>**Modified Continuing Garnishee Order** |

This matter came before the Court on the United States' Agreed Motion to Reduce Garnishment Rate. For the reasons stated in the United States' Motion, the Court finds that good cause exists to reduce the garnishment rate from 25 percent of Defendant/Judgment Debtor Kenya Ayana Hall's (Ms. Hall) disposable earnings to a flat rate of $400.00 per month, which is $184.62 per bi-weekly pay period.

IT IS THEREFORE ORDERED as follows:

**CONTINUING GARNISHEE ORDER**
(*USA v Kenya Ayana HALL and Northwest Justice Project,*
**USDC#: 2:15-mc-00136-RSL / CR03-0493-11) - 1**

**UNITED STATES ATTORNEY'S OFFICE**
**700 STEWART STREET, SUITE 5220**
**SEATTLE, WA 98101**
**PHONE: 206-553-7970**

That the United States' Motion to Reduce Garnishment Rate is GRANTED;

That the Garnishee, Northwest Justice Project, shall hereafter—subject to 15 U.S.C. § 1673(a)'s 25 percent limit—withhold and pay to the United States District Court for the Western District of Washington, $400.00 per month—*i.e.*, $184.62 per bi-weekly pay period—from the disposable earnings payable to Ms. Hall, and shall continue such payments until Ms. Hall's restitution debt is paid in full or until Ms. Hall is no longer an active employee of Garnishee and the Garnishee no longer has possession, custody or control of any funds due and owing to her, or until further order of this Court;

That such payments shall be applied to Ms. Hall's outstanding restitution obligation by the United States District Court for the Western District of Washington; and

That the payments shall be made out to the United States District Court, Western District of Washington, referencing Case Nos. 2:03-CR-493 and 2:15-MC-00136-RSL, and delivered either personally or by First Class Mail to:

> United States District Court, Western District of Washington
> Attn: Financial Clerk – Lobby Level
> 700 Stewart Street
> Seattle, Washington 98101.

Dated this 11th day of August, 2017.

*[signature]*
ROBERT S. LASNIK
United States District Court Judge

**CONTINUING GARNISHEE ORDER**
(*USA v Kenya Ayana HALL and Northwest Justice Project,*
**USDC#: 2:15-mc-00136-RSL / CR03-0493-11) - 2**

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA # 34609
Assistant United States Attorney

**CONTINUING GARNISHEE ORDER**
(*USA v Kenya Ayana HALL and Northwest Justice Project,*
USDC#: 2:15-mc-00136-RSL / CR03-0493-11) - 3

**UNITED STATES ATTORNEY'S OFFICE**
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970